```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

Attorney for Defendant
EDGAR BARRAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>             Plaintiff, )<br>)<br>     v. )<br>)<br>EDGAR BARRAGAN, )<br>)<br>             Defendant. )<br>)<br>_____ ) | Nos. Cr. F 05-250 AWI<br>         Cr. F 05-368 AWI<br><br>**REQUEST FOR APPOINTMENT OF COUNSEL; ORDER** |

Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, EDGAR BARRAGAN, hereby requests the court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent him with respect to the appeal from the judgment denying his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2).

A clerk of the Ninth Circuit Court of Appeals has asked the undersigned if an order appointing counsel was entered in this action. While the undersigned filed and argued the motion on behalf of Mr. Barragan, it appears that no formal appointment order was entered.

Mr. Barragan was found to be indigent and counsel was appointed under the Criminal Justice Act on June 10, 2005 in Cr. F 05-00204 AWI. Appointment of counsel would serve the interests of justice.

1   Accordingly, Mr. Barragan requests the Court issue the order lodged herewith.

Dated:  October 16, 2008

> Respectfully submitted,
>
> DANIEL J. BRODERICK
> Federal Defender
>
> /s/ *David M. Porter*
> DAVID M. PORTER
> Assistant Federal Defender
>
> Seeking Appointment as Attorney for Movant
> EDGAR BARRAGAN

### **O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal David M. Porter is hereby appointed to represent defendant with respect to the appeal from the judgment denying his motion to reduce sentence.

IT IS SO ORDERED.

**Dated:   October 17, 2008**          /s/ **Anthony W. Ishii**
                            CHIEF UNITED STATES DISTRICT JUDGE

REQUEST FOR APPOINTMENT OF COUNSEL
-2-